IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CASE NO. 4:15-cr-00025-1 |
| Omar Guevara | ) |
| Defendant. | ) |

## O R D E R

Defendant Guevara has filed a Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c) and Amendment 782.

On October 7, 2015, the Court sentenced Defendant to a term of 94 months custody following his plea of guilty to conspiracy to possess with intent to distribute a quantity of cocaine.

Amendment 782 to the United States Sentencing Guidelines was effective on November 1, 2014. As noted above, Defendant was sentenced nearly a year later. As such, Defendant received the benefit of that Amendment at the time of sentencing. He is not eligible for a sentence reduction.

Defendant's Motion is **DENIED**.

SO ORDERED this 8th day of SEPTEMBER 2016.

WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA